IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOSEPH E. CONNER                                                    PLAINTIFF

VS.                                                    CAUSE NO. 3:02CV1790LN

CANADIAN CENTRAL RAILROAD COMPANY
D/B/A CANADIAN NATIONAL/ILLINOIS
CENTRAL RAILROAD; AND KEITH HANCOCK                    DEFENDANTS

ORDER

IT IS HEREBY ORDERED that plaintiff's motion to extend the time for trial of this

matter for 120 days is denied.  The case will be set for trial at the February 2006 term of this court.

ORDERED this 1st day of December, 2005.


                                        /S/ TOM S. LEE
                                        UNITED STATED DISTRICT JUDGE